UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE ERAZO,

    Plaintiff,

v.

                              Case No. 2:25-cv-891-KCD-DNF

DAVID HARDIN, *et al.*;

    Defendants.
_____/

## ORDER

Petitioner Jose Erazo seeks habeas relief under 28 U.S.C. § 2241. (Doc. 1.) After reviewing the petition, the Court finds that a response is warranted. Accordingly, within 30 days after service, Respondents must answer the petition and show cause why the writ should not be granted. *See Baker v. Middlebrooks*, No. 5:08CV44-RS-MD, 2008 WL 938725, at *1 (N.D. Fla. Apr. 8, 2008). Plaintiff is directed to serve the petition along with a copy of this order on Respondents and file proof of the same.

**ORDERED** in Fort Myers, Florida on October 14, 2025.

Kyle C. Dudek
United States District Judge