UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE ERAZO,

    Plaintiff,

v.                                    Case No. 2:25-cv-891-KCD-DNF

DAVID HARDIN, IN HIS
OFFICIAL CAPACITY AS
WARDEN OF GLADES
DETENTION FACILITY; AND
ACTING DIRECTOR US
IMMIGRATION AND CUSTOMS
ENFORCEMENT, IN HIS
OFFICIAL CAPACITY;

    Defendants.
_____/

## **ORDER**

Petitioner Jose Erazo seeks habeas relief under 28 U.S.C. § 2241. (Doc. 1.) The Court has found that a response to the petition is appropriate within 30 days of service. (Doc. 6.) Accordingly, it is **ORDERED**:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1) electronically to the United States Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@usdoj.gov) and by certified mail to the Attorney General of the United States in Washington, D.C (U.S.

Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. The Clerk of Court is further **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1) to David Harden, as Warden of Glades Detention Facility at 1297 FL-78, Moore Haven, FL 33471.

3. Within 30 days of service, Respondents must respond to all allegations, grounds, and arguments asserted in the petition and show cause why it should not be granted.

**ENTERED** in Fort Myers, Florida on October 14, 2025.

Kyle C. Dudek
United States District Judge